**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | **Case No.  1:14-cv-1748** <br> **MDL No. 2545** <br> **Hon. Matthew F. Kennelly** |
| **THIS DOCUMENT RELATES TO:** | |
| Louis J. Thomas <br> Case No. 1:15-cv-00950 <br><br> v. <br><br> AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Actavis, Inc., said party to bear its own costs.

/s/Gerard L. Guerra

Gerard L. Guerra
ONDER, SHELTON, O'LEARY & PETERSON, LLC
110 E. Lockwood Ave., Suite 200
St. Louis, MO 63119
Phone:  (314) 963-9000
Email:  guerra@onderlaw.com
*Counsel for Plaintiff*

/s/ K.C. Green

K.C. Green
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone:  (513) 698-5000
Email: kcgreen@ulmer.com
*Counsel for Actavis, Inc.*

s/ Christopher Boisvert
Christopher Boisvert
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
Phone:  (215) 994-2312
Email: chip.boisvert@dechert.com
*Counsel for AbbVie Inc. and Abbott
Laboratories*

/s/Andrew K. Solow
Andrew K. Solow
Kaye Scholer LLP
250 West 55th Street
New York, NY 10022
(212) 836-7740
Email:  Andrew.Solow@kayescholer.com
*Counsel for Endo Pharmaceuticals Inc. and
Auxilium Pharmaceuticals, LLC (f/k/a
Auxilium Pharmaceuticals, Inc.)*

/s/ Matthew A. Holian
Matthew A. Holian
DLA Piper LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Phone: (617) 406-6009
Email:  matt.holian@dlapiper.com
*Counsel for Pfizer Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 1, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ K. C. Green*